UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO VEGA LOZANO,<br><br>　　　Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>　　　Respondents. | Case No. 5:26-cv-01111-MWC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 6).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.　The Petition (Dkt. 1) is **granted**.

2.　Respondents are enjoined from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration court, pursuant to 8 U.S.C. § 1226(a), **within seven (7)**

**days** of this Order.

3.      The parties shall file a joint status report **within seven (7) days** of the bond hearing, which: (a) describes the outcome of the bond hearing; (b) identifies what issues remain in dispute, if any; and (c) addresses whether the Petition and this action should not be dismissed as moot.

DATED: March 24, 2026      _____

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2