JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO VEGA LOZANO,

Petitioner,

v.

ERNESTO SANTACRUZ,

Respondent.

Case No. 5:26-cv-01111-MWC-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is **granted**.

DATED:  April 7, 2026

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE